IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. 2:19cr97 |
| RICKIE BAILEY, JR., | ) |
| Defendant. | ) |

## WAIVER OF INDICTMENT

I, RICKIE BAILEY, JR., the above-named defendant, accused of conspiracy to commit access device fraud in violation of Title 18, United States Code, Sections 1029(b)(2) & 1029(c)(1)(B), being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date: 6-25-19

_____
RICKIE BAILEY, JR.
Defendant

_____
Kirsten R. Kmet, Esq.
Counsel for Defendant

Before: _____
UNITED STATES MAGISTRATE JUDGE

1